# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA and ex rel. PRESCOTT LOVERN,<br><br>　　*Relator*,<br><br>　　v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; DEUTSCHE BANK TRUST COMPANY AMERICAS; MERRILL LYNCH CREDIT PRODUCTS, LLC; MERRILL LYNCH L.P. HOLDINGS INC.; MERRILL LYNCH, PIERCE, FENNER AND SMITH INCORPORATED; ZURICH AMERICAN INSURANCE COMPANY; THERMO NO. 1 BE-01, LLC; INTERMOUNTAIN RENEWABLE POWER, LLC.; RASER TECHNOLOGIES, INC.,<br><br>　　*Defendants*. | Cause No. 11-cv-1304 TSZ<br><br>NOTICE OF DISMISSAL OF ALL DEFENDANTS PURSUANT TO FRCP 41(a)(1)(A)(i) |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses this lawsuit, against all defendants, without prejudice.

VOLUNTARY NON SUIT WITHOUT PREJUDICE
1

HOUCK LAW
4045 262ND AVE SE
ISSAQUAH, WASHINGTON 98029
(425) 392-7118

This lawsuit was not filed as a class action; therefore, dismissal is not subject to Rules 23(e), 23.1(c), 23.2 or 66.

No defendant has filed a dispositive motion in this lawsuit.

The United States of America is a party plaintiff and does not object to this dismissal provided that the dismissal is without prejudice to the United States or any other party.

Wherefore, the undersigned on behalf of the plaintiff Prescott Lovern hereby seeks dismissal of all defendants in this lawsuit, without prejudice as to the United States or Prescott Lovern.

Dated the 13th day of April 2012.            /s/ *William Houck*
                                              William Houck

HOUCK LAW FIRM, P.S.
William W. Houck WSBA No. 13324
4045 262nd Ave. SE
Issaquah, Washington 98029
(425) 392-7118
Fax (206) 337-0916
Houcklaw@gmail.com
Attorney for Relator

**CERTIFICATE OF SERVE**

I, William Houck, certify under penalty of perjury under the laws of the United States that I served the attached document upon the United States Attorney General – Seattle, WA office, by electronic filing through the ECF.

Dated: April 13th, 2012

Executed at Issaquah, Washington

s/ William Houck

William Houck

VOLUNTARY NON SUIT WITHOUT PREJUDICE
3

HOUCK LAW
4045 262ND AVE SE
ISSAQUAH, WASHINGTON 98029
(425) 392-7118